E. S. BRAMLEY, Appellant, *v.* THE ULSTER AND DELAWARE RAILROAD COMPANY, Respondent.

*Bramley* v. *Ulster & Delaware R. R. Co.*, 142 App. Div. 176, affirmed.

(Argued October 18, 1912; decided November 1, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 19, 1911, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury, in an action of replevin.

*A. G. Patterson* for appellant.

*Amos Van Etten* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

UNION BANK OF BROOKLYN, Respondent, *v.* LEO SCHLESINGER, Appellant.

*Union Bank of Brooklyn* v. *Schlesinger*, 142 App. Div. 945, affirmed.

(Submitted October 18, 1912; decided November 1, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on a promissory note.

*Charles L. Hoffman* and *Henry A. Friedman* for appellant.

*Edward M. Grout, James G. Purdy* and *Paul Grout* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.